2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-10629-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

Nancy L. Geist
64 Perry Way
Punxsutawney PA 15767

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/08/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 18: U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501 | U.S. Bank Trust National et al<br>c/o AHP Servicing LLC<br>440 S. LaSalle St, Suite 1110<br>Chicago, IL 60605 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/10/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Nancy L. Geist  
    Debtor

Case No. 16-10629-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 1     Date Rcvd: Apr 08, 2020  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14905373       +E-mail/Text: bknotices@snsc.com Apr 09 2020 04:20:14  
         U.S. Bank Trust National Association, as Trustee,  C/O SN Servicing Corp.,   323 5th Street, Eureka, CA 95501-0305  
                                                                                                                       TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:  
              Fred W. Freitag, IV   on behalf of Creditor   U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series 2015A+ fwfreitagiv@gmail.com  
              James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
              Kenneth P. Seitz   on behalf of Debtor Nancy L. Geist thedebterasers@aol.com  
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
              S. James Wallace   on behalf of Creditor   Peoples TWP, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                                                      TOTAL: 6