**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/20/2020

IN RE:

NANCY L GEIST
64 PERRY WAY
PUNXSUTAWNEY, PA  15767
XXX-XX-4258          Debtor(s)

Case No.16-10629 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/20/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 6.00%<br>Court Claim Number: 1<br>CLAIM: 3,314.14<br>COMMENT: $/CLGOV@MDF TERMS/PL*3315@6%MDF/PL*FR ALLY FINANCIAL-DOC 41 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9374 |
| **US BANK TRUST NA - TRUSTEE AMERICAN HOM**<br>C/O AHP SERVICING LLC<br>440 S LASALLE ST STE 1110<br>CHICAGO, IL 60605 | Trustee Claim Number: 2   INT %: 4.00%<br>Court Claim Number: 18-2<br>CLAIM: 22,300.77<br>COMMENT: CL18GOV@MDF PL TERMS*21948@4%MDF*FR CITIFI-DOC 46*FR WLMNGTN-DOC | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 2927 |
| **DITECH FINANCIAL LLC(*)**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL 32202 | Trustee Claim Number: 3   INT %: 6.00%<br>Court Claim Number: 17<br>CLAIM: 2,405.57<br>COMMENT: 2406@6%MDF/PL*DK | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 2996 |
| **CAPITAL ONE BANK NA**<br>C/O AMERICAN INFOSOURCE LP - AGENT<br>POB 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 304.06<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1228 |
| **CAPITAL ONE BANK NA**<br>C/O AMERICAN INFOSOURCE LP - AGENT<br>POB 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 537.44<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5980 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 1,904.38<br>COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4494 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 652.16<br>COMMENT: BLAIR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7986 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,226.64<br>COMMENT: FNBM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1866 |
| **DIRECT CHARGE**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 216.71<br>COMMENT: X6251/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7120 |
| **DIVERSIFIED CONSULTANTS**<br>POB 551268<br>JACKSONVILLE, FL 32255 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9946 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FIRST COMMONWEALTH BANK*** POB 400* INDIANA, PA  15701 | Trustee Claim Number: 11  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6117 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** C/O JEFFERSON CAPITAL SYSTEMS LLC* PO BOX 772813 CHICAGO, IL  60677-2813 | Trustee Claim Number: 12  INT %: 0.00% Court Claim Number: 13 | CLAIM: 703.38 COMMENT: PREMIER BANKCARD MC | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4373 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** C/O JEFFERSON CAPITAL SYSTEMS LLC* PO BOX 772813 CHICAGO, IL  60677-2813 | Trustee Claim Number: 13  INT %: 0.00% Court Claim Number: 12 | CLAIM: 396.26 COMMENT: PREMIER BANKCARD MC | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0588 |
| **MONTGOMERY WARDS**** C/O CREDITORS BANKRUPTCY SVC* PO BOX 800849 DALLAS, TX  75380 | Trustee Claim Number: 14  INT %: 0.00% Court Claim Number: 7 | CLAIM: 684.90 COMMENT: X4788/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7290 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** PO BOX 12914 NORFOLK, VA  23541 | Trustee Claim Number: 15  INT %: 0.00% Court Claim Number: 16 | CLAIM: 10,771.30 COMMENT: X2477/SCH*WNTS 24.15%*TRUST 2016-1*FR ONE MAIN-DOC 35*LOAN TAKEN 11/20( | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3285 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788 KIRKLAND, WA  98083-0788 | Trustee Claim Number: 16  INT %: 0.00% Court Claim Number: 4 | CLAIM: 522.29 COMMENT: PEEBLES | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8993 |
| **PEOPLES GAS LLC F/K/A PEOPLES TWP LLC*** ATTN BANKRUPTCY DEPARTMENT 375 NORTH SHORE DR PITTSBURGH, PA  15212 | Trustee Claim Number: 17  INT %: 0.00% Court Claim Number: 19 | CLAIM: 712.95 COMMENT: NO$@PEOPLES NATURAL GAS/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7871 |
| **SYNCHRONY BANK++** C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI, FL  33131-1605 | Trustee Claim Number: 18  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR~LOWES/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8627 |
| **THROUGH THE COUNTRY DOOR** 1112 7TH AVE MONROE, WI  53566-1364 | Trustee Claim Number: 19  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3330 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788 KIRKLAND, WA  98083-0788 | Trustee Claim Number: 20  INT %: 0.00% Court Claim Number: 2 | CLAIM: 1,854.96 COMMENT: WOMAN WITHIN | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3173 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br><br>WELDON SPRING, MO  63304 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  8157 | CLAIM:  0.00<br>COMMENT:  NT ADR/SCH |
| **US BANK TRUST NA - TRUSTEE AMERICAN HOM**<br>C/O AHP SERVICING LLC<br>440 S LASALLE ST STE 1110<br><br>CHICAGO, IL  60605 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:18-2 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  2927 | CLAIM:  0.00<br>COMMENT:  PIF/PL-CONF@CID 2*AMD*FR CITIFNCL-DOC 46*FR WILMINGTON DOC 50*FR SN S |
| **COUNTRY DOOR**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br><br>DALLAS, TX  75380 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:6 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7530 | CLAIM:  136.85<br>COMMENT:  NT/SCH |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br><br>HARRISBURG, PA  17106-7013 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:10 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5303 | CLAIM:  4,538.63<br>COMMENT:  NT/SCH*WNTS 12.9%*LOAN TAKEN: 12/26/2014 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:14 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8627 | CLAIM:  921.69<br>COMMENT:  NT/SCH*SYNCHRONY*WALMART |
| **ALDRIDGE PITE LLP**<br>4375 JUTLAND DR STE 200<br>PO BOX 17933<br>SAN DIEGO, CA  92177-0933 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: | CLAIM:  0.00<br>COMMENT:  WILMINGTON SVNGS/PRAE |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: | CLAIM:  0.00<br>COMMENT:  CARRINGTON MORT~WILMINGTON/PRAE |
| **SN SERVICING CORP(*)**<br>323 5TH ST*<br><br>EUREKA, CA  95501 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: | CLAIM:  0.00<br>COMMENT:  /PRAE |