## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :
                                            : **Bankruptcy No. 16-10629-TPA**
**Nancy L. Geist,**                         :
        **Debtor**       : **Chapter 13**
                                            :
                                            :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 25th day of February, 2021, a true and correct copy of the Order dated February 24, 2021, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    CHRIST THE KING MANOR
    1100 WEST LONG AVENUE
    DU BOIS, PA 15801

    NANCY L. GEIST
    64 PERRY WAY
    PUNXSUTAWNEY, PA 15767

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>February 25, 2021</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470