**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/9/21 10:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　NANCY L GEIST<br><br>　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>NANCY L GEIST<br><br>　　Respondents | Case No.16-10629TPA<br><br>Chapter 13<br><br>Document No. 65 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___9th___ day of ___August___, 20_21_, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　Christ The King Manor
　　　　Attn: Payroll Manager
　　　　1100 W Long Ave
　　　　Dubois, PA 15801

is hereby ordered to immediately terminate the attachment of the wages of NANCY L GEIST, social security number XXX-XX-4258. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of NANCY L GEIST.

FURTHER ORDERED:

BY THE COURT:

_____
　　　　　　　　　　　　　ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10629-TPA |
| Nancy L. Geist | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dkam | Page 1 of 2 |
| Date Rcvd: Aug 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy L. Geist, 64 Perry Way, Punxsutawney, PA 15767-6331 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Fred W. Freitag, IV | on behalf of Creditor U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series 2015A+ fwfreitagiv@gmail.com  LeopoldAssociatesPAX6428@projects.filevine.com |
| Kenneth P. Seitz | on behalf of Debtor Nancy L. Geist thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 | User: dkam | Page 2 of 2
Date Rcvd: Aug 09, 2021 | Form ID: pdf900 | Total Noticed: 1

S. James Wallace
                on behalf of Creditor Peoples TWP  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 6