Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Nancy L. Geist**<br>*Debtor(s)* | Case No. 16−10629−TPA<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>*Movant(s),* | |
| v.<br>**No Respondents**<br>*Respondent(s).* | Related to Document No. 68<br>Hearing Date: 12/1/21 at 12:00 PM |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

   *AND NOW,* this *The 27th of September, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 68 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1) **On or before November 12, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2) This *Motion* is scheduled for hearing on ***December 1, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

   (4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

                                */s/ Thomas P. Agresti*
                                Thomas P. Agresti, Judge
                                United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10629-TPA |
| Nancy L. Geist | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 1 of 3 |
| Date Rcvd: Sep 27, 2021 | Form ID: 300a | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy L. Geist, 64 Perry Way, Punxsutawney, PA 15767-6331 |
| cr | + | Peoples TWP, LLC, c/o Barbara Rodgers, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | Wilmington Savings Fund Society, FSB, as trustee o, Michele A. De Witt, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14253189 | + | CitiFinancial, 605 Munn Road E, Fort Mill, SC 29715-8421 |
| 14322618 | | CitiFinancial Servicing LLC, P.O. BOX 6043, Sioux Falls, SD 57117-6043 |
| 14253196 | + | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14253197 | + | Montgomery Ward, 225 Broadhollow Road, Melville, NY 11747-4822 |
| 14253200 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14322857 | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15228303 | + | U.S. Bank Trust National et al, c/o AHP Servicing LLC, 440 S. LaSalle St, Suite 1110, Chicago, IL 60605-1028 |
| 14749009 | + | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:52 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bknotices@snsc.com | Sep 27 2021 23:25:00 | SN Servicing Corporation, 323 Fifth Street, PO Box 35, Eureka, CA 95502-0035 |
| 14262116 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2021 23:24:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14253186 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2021 23:24:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14274934 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14253187 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:37 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14253188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:53 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14253190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Comenity-Blair, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 14274923 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14253191 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2021 23:39:26 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |

Case 16-10629-TPA   Doc 70   Filed 09/29/21   Entered 09/30/21 00:35:58   Desc Imaged
                              Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: 300a | Total Noticed: 42 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14253192 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Direct Charge, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14274920 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Direct Charge, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14253194 | + | Email/Text: bankruptcynotices@dcicollect.com | Sep 27 2021 23:25:00 | Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14253195 | | Email/Text: bankruptcynotice@fcbanking.com | Sep 27 2021 23:24:00 | First Commonwealth Bank, Central Offices, Philadelphia and 6th Streets, P.O. Box 400, Indiana, PA 15701 |
| 14295834 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:30 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14307786 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:30 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14305067 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 23:25:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14274924 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14312037 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:46 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14253198 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:21 | OneMain Financial, 310 Ridge Avenue, Punxsutawney, PA 15767-1712 |
| 14400520 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:39 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14286032 | + | Email/Text: bankruptcynotices@psecu.com | Sep 27 2021 23:25:00 | PSECU, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 14253199 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Peebles, WFNNB, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14301153 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 27 2021 23:25:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14273313 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14273314 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14253201 | | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:24 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14253202 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Through the Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14905373 | + | Email/Text: bknotices@snsc.com | Sep 27 2021 23:25:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 14253203 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 27 2021 23:24:00 | Verizon, P.O. Box 15026, Albany, NY 12212-5026 |
| 14253204 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Woman Within, P.O. Box 182273, Columbus, OH 43218-2273 |

TOTAL: 31

Case 16-10629-TPA  Doc 70  Filed 09/29/21  Entered 09/30/21 00:35:58  Desc Imaged
Certificate of Notice  Page 4 of 4

| District/off: 0315-1 | User: nsha | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: 300a | Total Noticed: 42 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | U.S. Bank Trust National Association as Trustee of |
| 14705981 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14253193 | ##+ | Ditech Financial, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14319781 | ##+ | Ditech Financial LLC, 2100 East Elliot Rd.,Bldg 94 Dept T-120, Tempe, AZ 85284-1806 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2021                    Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Fred W. Freitag, IV | on behalf of Creditor U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series 2015A+ fwfreitagiv@gmail.com  LeopoldAssociatesPAX6428@projects.filevine.com |
| Kenneth P. Seitz | on behalf of Debtor Nancy L. Geist thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples TWP  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 6