**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>NANCY L GEIST<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:16-10629 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/30/2016 and confirmed on 8/23/16 . The case was subsequently    Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,687.08 |
| Less Refunds to Debtor | 1,220.01 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,467.07 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,529.00 | |
|    Trustee Fee | 2,363.27 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,892.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2927 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 3,314.14 | 3,314.14 | 335.59 | 3,649.73 |
|     Acct: 9374 | | | | |
|   US BANK TRUST NA - TRUSTEE AMERICA | 22,300.77 | 22,300.77 | 2,415.41 | 24,716.18 |
|     Acct: 2927 | | | | |
|   DITECH FINANCIAL LLC(*)++ | 2,405.57 | 2,405.57 | 238.80 | 2,644.37 |
|     Acct: 2996 | | | | |
| | | | | 31,010.28 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NANCY L GEIST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NANCY L GEIST | 1,066.16 | 1,066.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NANCY L GEIST | 153.85 | 153.85 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,529.00 | 3,529.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | *** N O N E *** | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK NA** | 304.06 | 123.15 | 0.00 | 123.15 |
|     Acct: 1228 | | | | |
|   CAPITAL ONE BANK NA** | 537.44 | 217.67 | 0.00 | 217.67 |
|     Acct: 5980 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,904.38 | 771.29 | 0.00 | 771.29 |
|     Acct: 4494 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 652.16 | 264.13 | 0.00 | 264.13 |
|     Acct: 7986 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,226.64 | 496.80 | 0.00 | 496.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1866 | | | | |
|    DIRECT CHARGE | 216.71 | 87.77 | 0.00 | 87.77 |
| Acct: 7120 | | | | |
|    DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9946 | | | | |
|    FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6117 | | | | |
|    PREMIER BANKCARD LLC; JEFFERSON C | 703.38 | 284.88 | 0.00 | 284.88 |
| Acct: 4373 | | | | |
|    PREMIER BANKCARD LLC; JEFFERSON C | 396.26 | 160.49 | 0.00 | 160.49 |
| Acct: 0588 | | | | |
|    MONTGOMERY WARDS** | 684.90 | 277.39 | 0.00 | 277.39 |
| Acct: 7290 | | | | |
|    PRA RECEIVABLES MANAGEMENT LLC - / | 10,771.30 | 4,362.48 | 0.00 | 4,362.48 |
| Acct: 3285 | | | | |
|    QUANTUM3 GROUP LLC AGNT - COMENI | 522.29 | 211.53 | 0.00 | 211.53 |
| Acct: 8993 | | | | |
|    PEOPLES GAS LLC F/K/A PEOPLES TWP | | 712.95 | 288.75 | 0.00 | 288.75 |
| Acct: 7871 | | | | |
|    SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8627 | | | | |
|    THROUGH THE COUNTRY DOOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3330 | | | | |
|    QUANTUM3 GROUP LLC AGNT - COMENI | 1,854.96 | 751.28 | 0.00 | 751.28 |
| Acct: 3173 | | | | |
|    COUNTRY DOOR | 136.85 | 55.43 | 0.00 | 55.43 |
| Acct: 7530 | | | | |
|    PA STATE EMPLOYEES CU/PSECU | 4,538.63 | 1,838.19 | 0.00 | 1,838.19 |
| Acct: 5303 | | | | |
|    MIDLAND FUNDING LLC | 921.69 | 373.29 | 0.00 | 373.29 |
| Acct: 8627 | | | | |
|    ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    SN SERVICING CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8157 | | | | |
| | | | | 10,564.52 |

TOTAL PAID TO CREDITORS                                                                                      41,574.80

TOTAL CLAIMED
  PRIORITY             0.00
  SECURED         28,020.48
  UNSECURED       26,084.60

Date: 09/24/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    NANCY L GEIST

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-10629 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10629-TPA |
| Nancy L. Geist | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 1 of 3 |
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy L. Geist, 64 Perry Way, Punxsutawney, PA 15767-6331 |
| cr | + | Peoples TWP, LLC, c/o Barbara Rodgers, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | Wilmington Savings Fund Society, FSB, as trustee o, Michele A. De Witt, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14253189 | + | CitiFinancial, 605 Munn Road E, Fort Mill, SC 29715-8421 |
| 14322618 | | CitiFinancial Servicing LLC, P.O. BOX 6043, Sioux Falls, SD 57117-6043 |
| 14253196 | + | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14253197 | + | Montgomery Ward, 225 Broadhollow Road, Melville, NY 11747-4822 |
| 14253200 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14322857 | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15228303 | + | U.S. Bank Trust National et al, c/o AHP Servicing LLC, 440 S. LaSalle St, Suite 1110, Chicago, IL 60605-1028 |
| 14749009 | + | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:40 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bknotices@snsc.com | Sep 27 2021 23:25:00 | SN Servicing Corporation, 323 Fifth Street, PO Box 35, Eureka, CA 95502-0035 |
| 14262116 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2021 23:24:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14253186 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2021 23:24:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14274934 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:37 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14253187 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:37 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14253188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:42 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14253190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Comenity-Blair, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 14274923 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14253191 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2021 23:39:39 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |

Case 16-10629-TPA   Doc 71   Filed 09/29/21   Entered 09/30/21 00:35:58   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-1 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 42 |

| Recipient ID | | Delivery Method | Time | Recipient |
|---|---|---|---|---|
| 14253192 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Direct Charge, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14274920 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Direct Charge, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14253194 | + | Email/Text: bankruptcynotices@dcicollect.com | Sep 27 2021 23:25:00 | Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14253195 | | Email/Text: bankruptcynotice@fcbanking.com | Sep 27 2021 23:24:00 | First Commonwealth Bank, Central Offices, Philadelphia and 6th Streets, P.O. Box 400, Indiana, PA 15701 |
| 14295834 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:42 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14307786 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 23:39:30 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14305067 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 23:25:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14274924 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14312037 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:46 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14253198 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:46 | OneMain Financial, 310 Ridge Avenue, Punxsutawney, PA 15767-1712 |
| 14400520 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14286032 | + | Email/Text: bankruptcynotices@psecu.com | Sep 27 2021 23:25:00 | PSECU, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 14253199 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Peebles, WFNNB, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14301153 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 27 2021 23:25:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14273313 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14273314 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14253201 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:49 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14253202 | + | Email/Text: bankruptcy@sccompanies.com | Sep 27 2021 23:25:00 | Through the Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14905373 | + | Email/Text: bknotices@snsc.com | Sep 27 2021 23:25:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 14253203 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 27 2021 23:24:00 | Verizon, P.O. Box 15026, Albany, NY 12212-5026 |
| 14253204 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Woman Within, P.O. Box 182273, Columbus, OH 43218-2273 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association as Trustee of |
| 14705981 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14253193 | ##+ | Ditech Financial, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14319781 | ##+ | Ditech Financial LLC, 2100 East Elliot Rd.,Bldg 94 Dept T-120, Tempe, AZ 85284-1806 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 29, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Fred W. Freitag, IV | on behalf of Creditor U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series 2015A+ fwfreitagiv@gmail.com  LeopoldAssociatesPAX6428@projects.filevine.com |
| Kenneth P. Seitz | on behalf of Debtor Nancy L. Geist thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples TWP  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 6