**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Nancy L. Geist** | Social Security number or ITIN  **xxx–xx–4258** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–10629–TPA**

# Order of Discharge         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nancy L. Geist

11/22/21                                                   **By the court:**   Thomas P. Agresti
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 16-10629-TPA
Nancy L. Geist Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 4
Date Rcvd: Nov 22, 2021      Form ID: 3180W      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy L. Geist, 64 Perry Way, Punxsutawney, PA 15767-6331 |
| cr | + | Peoples TWP, LLC, c/o Barbara Rodgers, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | Wilmington Savings Fund Society, FSB, as trustee o, Michele A. De Witt, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14253189 | + | CitiFinancial, 605 Munn Road E, Fort Mill, SC 29715-8421 |
| 14322618 | | CitiFinancial Servicing LLC, P.O. BOX 6043, Sioux Falls, SD 57117-6043 |
| 14253197 | + | Montgomery Ward, 225 Broadhollow Road, Melville, NY 11747-4822 |
| 14253200 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14322857 | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15228303 | + | U.S. Bank Trust National et al, c/o AHP Servicing LLC, 440 S. LaSalle St, Suite 1110, Chicago, IL 60605-1028 |
| 14749009 | + | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 23 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2021 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 23 2021 04:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2021 23:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 23 2021 04:23:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bknotices@snsc.com | Nov 22 2021 23:30:00 | SN Servicing Corporation, 323 Fifth Street, PO Box 35, Eureka, CA 95502-0035 |
| 14262116 | | EDI: GMACFS.COM | Nov 23 2021 04:23:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14253186 | + | EDI: GMACFS.COM | Nov 23 2021 04:23:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14274934 | | EDI: CAPITALONE.COM | Nov 23 2021 04:23:00 | Capital One Bank (USA), N.A., PO Box 71083, |

Case 16-10629-TPA   Doc 75   Filed 11/24/21   Entered 11/25/21 00:29:52   Desc Imaged
                             Certificate of Notice   Page 4 of 6

| District/off: 0315-1 | User: culy | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2021 | Form ID: 3180W | Total Noticed: 44 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 14253187 | + EDI: CAPITALONE.COM | Nov 23 2021 04:23:00 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14253188 | + EDI: CITICORP.COM | Nov 23 2021 04:23:00 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14253190 | + EDI: WFNNB.COM | Nov 23 2021 04:23:00 | Comenity-Blair, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 14274923 | + EDI: CBS7AVE | Nov 23 2021 04:23:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14253191 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 22 2021 23:30:45 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14253192 | + EDI: CBS7AVE | Nov 23 2021 04:23:00 | Direct Charge, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14274920 | + EDI: CBS7AVE | Nov 23 2021 04:23:00 | Direct Charge, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14253194 | + EDI: DCI.COM | Nov 23 2021 04:23:00 | Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14253195 | Email/Text: jwalsh@fcbanking.com | Nov 22 2021 23:29:00 | First Commonwealth Bank, Central Offices, Philadelphia and 6th Streets, P.O. Box 400, Indiana, PA 15701 |
| 14253196 | + EDI: AMINFOFP.COM | Nov 23 2021 04:23:00 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14295834 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2021 23:30:46 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14307786 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2021 23:30:37 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14305067 | + EDI: MID8.COM | Nov 23 2021 04:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14274924 | + EDI: CBS7AVE | Nov 23 2021 04:23:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14312037 | + EDI: AGFINANCE.COM | Nov 23 2021 04:23:00 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14253198 | + EDI: AGFINANCE.COM | Nov 23 2021 04:23:00 | OneMain Financial, 310 Ridge Avenue, Punxsutawney, PA 15767-1712 |
| 14400520 | EDI: PRA.COM | Nov 23 2021 04:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14286032 | + Email/Text: bankruptcynotices@psecu.com | Nov 22 2021 23:30:00 | PSECU, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 14253199 | + EDI: WFNNB.COM | Nov 23 2021 04:23:00 | Peebles, WFNNB, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14301153 | + EDI: JEFFERSONCAP.COM | Nov 23 2021 04:23:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14273313 | EDI: Q3G.COM | Nov 23 2021 04:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14273314 | EDI: Q3G.COM | Nov 23 2021 04:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14253201 | + EDI: RMSC.COM | Nov 23 2021 04:23:00 | Synchrony Bank/Lowes, P.O. Box 530914, |

Case 16-10629-TPA    Doc 75    Filed 11/24/21    Entered 11/25/21 00:29:52    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-1 | User: culy | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2021 | Form ID: 3180W | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | Atlanta, GA 30353-0914 |
| 14253202 | + | EDI: CBS7AVE | Nov 23 2021 04:23:00 | Through the Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14905373 | + | Email/Text: bknotices@snsc.com | Nov 22 2021 23:30:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 14253203 | + | EDI: VERIZONCOMB.COM | Nov 23 2021 04:23:00 | Verizon, P.O. Box 15026, Albany, NY 12212-5026 |
| 14253204 | + | EDI: WFNNB.COM | Nov 23 2021 04:23:00 | Woman Within, P.O. Box 182273, Columbus, OH 43218-2273 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association as Trustee of |
| 14705981 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14253193 | ##+ | Ditech Financial, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14319781 | ##+ | Ditech Financial LLC, 2100 East Elliot Rd.,Bldg 94 Dept T-120, Tempe, AZ 85284-1806 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Fred W. Freitag, IV | on behalf of Creditor U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series 2015A+ fwfreitagiv@gmail.com  LeopoldAssociatesPAX6428@projects.filevine.com |
| Kenneth P. Seitz | on behalf of Debtor Nancy L. Geist thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 6