**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/22/21 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    NANCY L GEIST

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-10629 TPA

Chapter 13

Related Document No.: 68

ORDER OF COURT

AND NOW, this 22nd day of November, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

asg

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                             Case No. 16-10629-TPA

Nancy L. Geist                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                                            User: culy                                                                               Page 1 of 3

Date Rcvd: Nov 22, 2021                                       Form ID: pdf900                                          Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy L. Geist, 64 Perry Way, Punxsutawney, PA 15767-6331 |
| cr | + | Peoples TWP, LLC, c/o Barbara Rodgers, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | Wilmington Savings Fund Society, FSB, as trustee o, Michele A. De Witt, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 14253189 | + | CitiFinancial, 605 Munn Road E, Fort Mill, SC 29715-8421 |
| 14322618 | | CitiFinancial Servicing LLC, P.O. BOX 6043, Sioux Falls, SD 57117-6043 |
| 14253196 | + | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14253197 | + | Montgomery Ward, 225 Broadhollow Road, Melville, NY 11747-4822 |
| 14253200 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14322857 | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15228303 | + | U.S. Bank Trust National et al, c/o AHP Servicing LLC, 440 S. LaSalle St, Suite 1110, Chicago, IL 60605-1028 |
| 14749009 | + | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2021 23:30:45 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/Text: bknotices@snsc.com | Nov 22 2021 23:30:00 | SN Servicing Corporation, 323 Fifth Street, PO Box 35, Eureka, CA 95502-0035 |
| 14262116 | | Email/Text: ally@ebn.phinsolutions.com | Nov 22 2021 23:29:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14253186 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 22 2021 23:29:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14274934 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2021 23:30:50 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14253187 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2021 23:30:35 | Capital One Bank, N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14253188 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2021 23:40:59 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14253190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 22 2021 23:29:00 | Comenity-Blair, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 14274923 | + | Email/Text: bankruptcy@sccompanies.com | Nov 22 2021 23:30:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14253191 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 22 2021 23:30:51 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |

Case 16-10629-TPA   Doc 76   Filed 11/24/21   Entered 11/25/21 00:29:52   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: culy | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2021 | Form ID: pdf900 | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| 14253192 | + Email/Text: bankruptcy@sccompanies.com | Nov 22 2021 23:30:00 | Direct Charge, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14274920 | + Email/Text: bankruptcy@sccompanies.com | Nov 22 2021 23:30:00 | Direct Charge, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14253194 | + Email/Text: bankruptcynotices@dcicollect.com | Nov 22 2021 23:30:00 | Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14253195 | Email/Text: jwalsh@fcbanking.com | Nov 22 2021 23:29:00 | First Commonwealth Bank, Central Offices, Philadelphia and 6th Streets, P.O. Box 400, Indiana, PA 15701 |
| 14295834 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2021 23:30:47 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14307786 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2021 23:30:46 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14305067 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 22 2021 23:29:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14274924 | + Email/Text: bankruptcy@sccompanies.com | Nov 22 2021 23:30:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14312037 | + Email/PDF: cbp@onemainfinancial.com | Nov 22 2021 23:30:43 | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 14253198 | + Email/PDF: cbp@onemainfinancial.com | Nov 22 2021 23:30:49 | OneMain Financial, 310 Ridge Avenue, Punxsutawney, PA 15767-1712 |
| 14400520 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2021 23:30:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14286032 | + Email/Text: bankruptcynotices@psecu.com | Nov 22 2021 23:30:00 | PSECU, PO BOX 67013, Harrisburg, PA 17106-7013 |
| 14253199 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 22 2021 23:29:00 | Peebles, WFNNB, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14301153 | + Email/Text: JCAP_BNC_Notices@jcap.com | Nov 22 2021 23:30:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14273313 | Email/Text: bnc-quantum@quantum3group.com | Nov 22 2021 23:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14273314 | Email/Text: bnc-quantum@quantum3group.com | Nov 22 2021 23:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14253201 | + Email/PDF: gecsedi@recoverycorp.com | Nov 22 2021 23:30:44 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14253202 | + Email/Text: bankruptcy@sccompanies.com | Nov 22 2021 23:30:00 | Through the Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14905373 | + Email/Text: bknotices@snsc.com | Nov 22 2021 23:30:00 | U.S. Bank Trust National Association, as Trustee, C/O SN Servicing Corp., 323 5th Street, Eureka, CA 95501-0305 |
| 14253203 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 22 2021 23:29:00 | Verizon, P.O. Box 15026, Albany, NY 12212-5026 |
| 14253204 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 22 2021 23:29:00 | Woman Within, P.O. Box 182273, Columbus, OH 43218-2273 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association as Trustee of |
| 14705981 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14253193 | ##+ | Ditech Financial, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14319781 | ##+ | Ditech Financial LLC, 2100 East Elliot Rd.,Bldg 94 Dept T-120, Tempe, AZ 85284-1806 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Fred W. Freitag, IV | on behalf of Creditor U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series 2015A+ fwfreitagiv@gmail.com  LeopoldAssociatesPAX6428@projects.filevine.com |
| Kenneth P. Seitz | on behalf of Debtor Nancy L. Geist thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 6